IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ALYSSA DOWLING, | § | |
| | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | NO.  1:26-CV-00191-MJT-ZJH |
| v. | § | |
| | § | JUDGE MICHAEL TRUNCALE |
| ERIC KOMITEE, | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

On May 18, 2026, the Court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge for pretrial management.  Along with her *Complaint* [Dkt. 1], *pro se* Plaintiff Alyssa Dowling ("Dowling") filed a *Motion for Leave to Proceed in forma pauperis* [Dkt. 2].  On June 1, 2026, the mail to Dowling was returned as undeliverable.  [Dkt. 4].  Judge Hawthorn issued a *Report and Recommendation* [Dkt. 5], which recommended dismissing Dowling's case for want of prosecution.[1]   On June 15, 2026, the mail, Judge Hawthorn's *Report and Recommendation* [Dkt. 5], was also returned undeliverable.  [Dkt. 6].

The court reviewed Judge Hawthorn's *Report and Recommendation* [Dkt. 5] along with the record, pleadings, and all available evidence.  The court affirms Judge Hawthorn's findings of fact and conclusions of law are correct.  The parties have not filed objections to the *Report and Recommendation* [Dkt. 5], and the time for doing so has passed.  *See* 28 U.S.C. § 636(b)(1)(C).

---

[1] Judge Hawthorn explained "Local Rule CV-11(d) of the Local Rules of Court for the Eastern District of Texas requires that a *pro se* litigant must provide the Court with a physical address and is responsible for keeping the Clerk of Court advised in writing of her current physical address."  [Dkt. 5].  The Court has no duty to locate litigants who do not keep the court apprised of their current address.  *See Kindle v. Warden, FCI-Texarkana*, No. 5:23-CV-145-RWS-JBB, 2026 WL 930585, *1 (E.D. Tex. Apr. 6, 2026) (citing *Ashlock v. Kelley*, No. 5:17-cv-00209, 2019 WL 2578628, at *1 (E.D. Tex. June 24, 2019).

It is therefore ORDERED that Judge Hawthorn's *Report and Recommendation* [Dkt. 5] dismissing this case without prejudice for want of prosecution is ADOPTED.  The court will separately enter Final Judgment.

**SIGNED this 16th day of June, 2026.**

_____
Michael J. Truncale
United States District Judge

2